IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROD MARSHALL, KIM QUICK,      )
et al.,                       )
                              )
              Plaintiffs,     )          8:08CV139
                              )
         v.                   )
                              )
BUD HECKART AND SONS, INC.,   )          ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on the joint
stipulation and motion to stay case proceeding (Filing No. 10).
The Court finds said stipulation should be approved and adopted
and the motion to stay should be granted.  Accordingly,

IT IS ORDERED the joint stipulation is approved and
adopted; the motion to stay is granted.  The parties shall file a
status report on or before August 4, 2008.

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court