IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROD MARSHALL, KIM QUICK,      )
et al.,                       )
                              )
           Plaintiffs,        )        8:08CV139
                              )
      v.                      )
                              )
BUD HECKART AND SONS, INC.,   )        ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on plaintiffs' motion for leave to file amended complaint (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED the motion for leave to file amended complaint is granted; plaintiffs' amended complaint (Filing No. 17) is deemed filed.

DATED this 24th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court