IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROD MARSHALL, KIM QUICK,      )
et al.,                       )
                              )
          Plaintiffs,         )        8:08CV139
                              )
     v.                       )
                              )
BUD HECKART AND SONS, INC.,   )        ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 20). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED the joint stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 18th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court